UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **CHRISTY DORR,** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**WOODLANDS SENIOR LIVING** )<br>**OF BREWER, LLC,** )<br>)<br>**Defendant** ) | No. 1:15-cv-00092-GZS |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 27, 2016, his Recommended Decision (ECF No. 53). Defendant filed its Objection to the Recommended Decision (ECF No. 54) on July 11, 2016. Plaintiff filed her Partial Objection to the Recommended Decision (ECF No. 55) on July 12, 2016. Plaintiff filed her Response to Defendant's Objection to the Recommended Decision (ECF No. 58) on August 8, 2016. Defendant filed its Response to Plaintiff's Partial Objection to the Recommended Decision (ECF No. 59) on August 9, 2016.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant's Motion in Limine to Exclude Expert Testimony (ECF No. 31) is hereby **GRANTED IN PART AND DENIED IN PART.** The Court excludes Dr. Schiff-Slater's proffered opinion testimony regarding the expectations of an employer and the reasonableness of Defendant's management of Plaintiff's situation.

34. It is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 30) is hereby **GRANTED IN PART AND DENIED IN PART.** The Court enters summary judgment against the Plaintiff and for the Defendant on Plaintiff's accommodation-related claims under the ADA, Rehabilitation Act, and MHRA (Counts II, III, V, VI, VIII, IX). Otherwise, the Court denies the Motion for Summary Judgment.

/s/George Z. Singal_____
U.S. District Judge

Dated this 10th day of August, 2016.