UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHRISTY DORR,<br><br>  Plaintiff,<br><br>  v.<br><br>WOODLANDS SENIOR LIVING OF BREWER, LLC,<br><br>  Defendant. | Civil No. 1:15-cv-92-JCN |

## PLAINTIFF'S PROPOSED JURY VERDICT FORM[1]

1. Has Christy Dorr proven to you by a preponderance of the evidence that Woodlands Senior Living of Brewer is liable for interfering with her right to take FMLA leave?

    Yes_____          No_____

    After answering Question #1, proceed to Question #2.


2. Has Christy Dorr proven to you by a preponderance of the evidence that Woodlands Senior Living of Brewer is liable for FMLA retaliation?

    Yes_____          No_____

    After answering Question #2, proceed to Question #3.

3. Has Christy Dorr proven to you by a preponderance of the evidence that Woodlands Senior Living of Brewer is liable for pregnancy discrimination?

    Yes_____          No_____

    After answering Question #3, proceed to Question #4.

4. Has Christy Dorr proven to you by a preponderance of the evidence that Woodlands Senior Living of Brewer failed to provide her with reasonable accommodation?

    Yes_____          No_____

---

[1] See Jury Verdict Forms used in *Prescott v. Rumford Hospital*, 13-CV-460-JDL, and *Peasley v. Regis Corporation*, 13-CV-430-JDL, attached hereto as Exhibits A & B.

1

    After answering Question #4, proceed to Question #5.

5. Has Christy Dorr proven to you by a preponderance of the evidence that Woodlands Senior Living of Brewer is liable for disability discrimination?

    Yes_____   No_____

    After answering Question #5, if your answer to Question #1, #2, #3, #4, or #5 was "Yes," proceed to Question #6.

    If your answers to Question #1, #2, #3, #4, and #5 were all "No," answer no further questions.

6. What amount of back pay do you award Christy Dorr?

    $_____

    After answering Question #6, if your answer to Question #3, #4, or #5 was "Yes," proceed to Question #7.

    If your answers to Question #3, #4, and #5 were "No," answer no further questions.

7. What amount of compensatory damages do you award Christy Dorr?

    $_____

After answering Question #7, proceed to Question #8.

8. What amount of punitive damages do you award Christy Dorr?

    $_____

Dated:

                                                                _____
                                                                 Jury Foreperson

Dated: November 30, 2016

/s/ Chad T. Hansen
Chad T. Hansen
Attorney for Plaintiff

*Maine Employee Rights Group*
92 Exchange Street
Portland, Maine 04101
23 Water Street
Bangor, Maine 04401
(207) 874-0905
chansen@maineemployeerights.com

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2016 I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which then electronically notified all those registered as CM/ECF participants in this case.

/s/ Chad T. Hansen