UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CATHERINE PRESCOTT, )
 )
Plaintiff, )
 )
v. )
 ) Case No. 2:13-cv-460-JDL
RUMFORD HOSPITAL, )
 )
Defendant. )

## JURY VERDICT FORM

1. Has Catherine Prescott proven to you by a preponderance of the evidence that Rumford Hospital is liable for failing to provide her with a reasonable accommodation for her disability?

   Yes __✓__  No _____

   After answering Question #1, proceed to Question #2.

2. Has Catherine Prescott proven to you by a preponderance of the evidence that Rumford Hospital is liable for disability discrimination?

   Yes __✓__  No _____

   After answering Question #2, proceed to Question #3.

3. Has Catherine Prescott proven to you by a preponderance of the evidence that Rumford Hospital is liable for unlawful retaliation?

   Yes __✓__  No _____

   If you answered "Yes" to Questions #1, #2, **or** #3, proceed to Question #4.

   If you answered "No" to Questions #1, #2, **and** #3, answer no further questions and date and sign the jury verdict form.

4. What amount of back pay, if any, do you award Catherine Prescott?

$ 34,285.00

After answering Question #4, proceed to Question #5.

5. What amount of compensatory damages, if any, do you award Catherine Prescott?

$ 1,400.00

After answering Question #5, proceed to Question #6.

6. What amount of punitive damages, if any, do you award Catherine Prescott?

$ 0

Dated: OCT. 29, 2015

Redacted by the Clerk's Office

Jury Foreperson

2