UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

RECEIVED AND FILED
2014 OCT -1 P 2: 37

DEPUTY CLERK

| | | |
|---|---|---|
| VALERIE PEASLEY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:13-cv-00430-JDL |
| | ) | |
| REGIS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## JURY VERDICT FORM

### Unlawful Retaliation

1.) Has Valerie Peasley proven by a preponderance of the evidence that Regis Corporation is liable for unlawful retaliation?

Yes ✓     No ____

If your answer to Question #1 is "No," then skip Questions 2 and 3 and proceed to Question #4.

If your answer to Question #1 is "Yes," then proceed to Question #2.

2.) What amount of compensatory damages, if any, do you award Valerie Peasley?

$ 40,000.00

Proceed to Question #3

3.) Do you find by clear and convincing evidence that Regis Corporation is liable for punitive damages to Valerie Peasley? If so, what amount of punitive damages do you award her?

$ 80,000.00

Proceed to Question #4

## Age Discrimination

4.) Has Valerie Peasley proven by a preponderance of the evidence that Regis Corporation is liable for age discrimination?

Yes_____ No ✓

If your answer to Question #4 is "No," then answer no further questions.

If your answer to Question #4 is "Yes," proceed to Question #5.

5.) What damages do you award Valerie Peasley to compensate her for lost pay and/or benefits that she would have received from Regis Corporation if the age discrimination had not occurred?

$_____

Proceed to Question #6

6.) Has Valerie Peasley proven by a preponderance of the evidence that Regis Corporation willfully violated federal law by discriminating against her on the basis of age?

Yes_____ No_____

*Please sign and date the form.*

Dated: October 1, 2014

███████████████████
Jury Foreperson