UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHRISTY DORR, | |
| Plaintiff, | |
| v. | Civil No. 1:15-cv-92-JCN |
| WOODLANDS SENIOR LIVING OF BREWER, LLC, | |
| Defendant. | |

PLAINTIFF'S PROPOSED VOIR DIRE

Plaintiff proposes that the Court include the following in a written questionnaire provided to potential jurors in advance of jury selection.

Dated: November 30, 2016

/s/ Chad T. Hansen
Chad T. Hansen
Attorney for Plaintiff

*Maine Employee Rights Group*
92 Exchange Street
Portland, Maine 04101
23 Water Street
Bangor, Maine 04401
(207) 874-0905
chansen@maineemployeerights.com

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2016, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which then electronically notified all those registered as CM/ECF participants in this case.

/s/ Chad T. Hansen

1

## JUROR QUESTIONNAIRE

Questions about various experiences you may have that might be relevant to the issues raised in the case for which a jury will be selected.  You are being asked the questions on this questionnaire, rather than in the courtroom, in order to protect your privacy and to allow for a more efficient jury selection process.  The information on this questionnaire will only be viewed by the judge and attorneys involved in the case, and will only be used for the purpose of jury selection.  Please read each question carefully, and give a complete and accurate answer.  Thank you for your cooperation.

**JUROR'S NAME AND JUROR NUMBER**:

_____

1.  Have you, or a close family member ever been terminated from employment for reasons you believe were unfair or discriminatory?

   YES_____          NO_____

2.  Have you been involved in the discipline or termination of the employment of another person?

   YES_____          NO_____

3.  Have you, or a close family member, or close friend, ever been accused of discrimination or retaliation in the workplace or a violation of an employee's rights?

   YES_____          NO_____

4.  Have you, or a close family member, or close friend ever been in a situation where a coworker used medical leave for themselves or for a family member and their absence while on leave increased the work load for other employees?

   YES_____          NO_____

5.  Do you feel that employers should not be required to provide employees with medical leave if the employer determines it is not in their business interest to do so?

   YES_____          NO_____

6.  Do you feel there should be limits set upon the amount of money damages that juries can award?

        YES_____        NO_____

7.  Are you suspicious of people who bring lawsuits?

        YES_____        NO_____

8.  During this trial, if a witness says that he or she acted in a certain way for a legitimate reason, but there are circumstances that tend to show that the witness had a different motivation, could you potentially decide that the witness was not being truthful? In other words, would you be able to decide that a witness was not telling the truth about their own motivation?

        YES_____        NO_____

9.  Have you ever or do you currently belong to any group or organization that advocates for or against a person's right to file a lawsuit for money damages, or for or against a limitation on the amount of damages a person should be able to recover in a lawsuit?

        YES_____        NO_____

10. Are you now or have you ever been a member of an organization that advocated for or against  a women having a children while unmarried?

        YES_____        NO_____

11. Do you have any personal, political, religious, social or philosophical beliefs or opinions that pregnant women should not work while pregnant?

        YES_____        NO_____

12. Do you tend to believe that discrimination against working women who are pregnant is no longer a significant problem in the United States?

        YES_____        NO_____

13. Do you tend to believe that discrimination against people with disabilities is no longer a significant problem in the United States?

                        YES_____                    NO_____

14. Do you have any personal, political, religious, social or philosophical beliefs or opinions about interracial relationships or about women who are not married having children that would make it difficult for you to be fair if you were selected as a juror in a case that involves an interracial relationship and a woman who is not married having a child?

                        YES_____                    NO_____